UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| JARTANIEL DEVON WOODS,<br><br>Plaintiff,<br><br>v.<br><br>RENT-A-CENTER INC-764,<br><br>Defendant. | CASE NO. 1:25-CV-444-HAB-ALT |

## OPINION AND ORDER

Jartaniel Woods, a plaintiff without a lawyer, seeks leave to proceed in forma pauperis. It appears the plaintiff cannot afford to pre-pay the filing fee. For these reasons, the Court:

(1) GRANTS the plaintiff leave to proceed in forma pauperis (ECF 2);

(2) DEFERS payment of the filing fee;

(3) ORDERS the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery in this case; and

(4) DIRECTS, under 28 U.S.C. § 1915(d), the clerk to request Waiver of Service from (and if necessary the United States Marshals Service to serve process on) the defendant at 312 E. Pettit Ave, Fort Wayne, IN 46806, with a copy of this order and the complaint.

**SO ORDERED** this 25th day of September 2025.

s/ Holly A. Brady
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT